IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b (Misdemeanor) |
| DAVID B. LEBLANC | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States of America informs the Court that:

### Count One

Beginning in or about April 1997, and continuing until in or about December 2002, in the District of Columbia and elsewhere, defendant LEBLANC knowingly and willfully violated the Federal Election Campaign Act by making and causing to be made more than $2,000 in prohibited corporate contributions to federal political campaigns and committees.

All in violation of Title 2, United States Code, Sections 441b(a) and 437g(d)(1).

ANDREW LOURIE
Acting Chief
Public Integrity Section

By: /s/ Nicholas A. Marsh

MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
The Bond Building – 12th Floor
Washington, DC 20005
T: 202-514-1412 / F: 202-514-3003

Dated: Washington, DC
   March 3, 2006