IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.: 1:06-mj-00091-AK |
| : | |
| : | VIOLATION |
| vs. : | |
| : | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF FILING

The government hereby notifies the Court that it has filed electronically a signed plea agreement and a signed factual basis for plea in the above-captioned case.

The government also certifies that it has sent copies of these documents via Federal Express to the following counsel of record for defendant LeBlanc, who is not yet registered with the electronic filing system in this district:

Jay B. Stewart, Esq., Hance Scarborough Wright Woodward & Weisbart, L.L.P., 111 Congress Avenue, Suite 500, Austin, TX, 78701..

FOR THE UNITED STATES
ANDREW LOURIE
Acting Chief, Public Integrity Section

_____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section