IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 06-091 |
| vs. | VIOLATIONS |
| DAVID B. LEBLANC | 2 U.S.C. § 441b |
| Defendant. | FILED<br>MAR 2 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ADDENDUM AND CONCILIATION OF CIVIL VIOLATIONS
### UNDER JURISDICTION OF THE FEDERAL ELECTION COMMISSION

1. Defendant LEBLANC acknowledges that the Federal Election Commission ("FEC") has civil jurisdiction over any violations of the Federal Election Campaign Act ("FECA") that are the subject matter of these proceedings, and further acknowledge that the FEC has the authority to seek civil remedies against him pursuant to 2 U.S.C. § 437g(a)(5). LEBLANC acknowledges that the FEC has initiated enforcement proceedings and found reason to believe that his conduct violated the FECA in connection with an investigation designated as Matter Under Review 5398.

2. Defendant LEBLANC admits that his conduct violated 2 U.S.C. § 441b as set forth in the accompanying Plea Agreement and Factual Basis for Plea. Defendant LEBLANC acknowledges that, beginning in or about April 1997, and continuing until in or about December 2002, LEBLANC made or caused to be made approximately $50,000 in prohibited corporate contributions to political committees. LEBLANC does not contest that many, if not all, of his federal political contributions made during that period were in fact prohibited corporate contributions.

3. Defendant LEBLANC admits that he knowingly and willfully violated 2 U.S.C. § 441b and 2 U.S.C. § 441f by consenting to prohibited corporate contributions and by making,

assisting in making, and permitting his name to be used to make, contributions in the name of another. Defendant LEBLANC agrees to cease and desist from violating 2 U.S.C. § 441b and 2 U.S.C. § 441f.

4. Defendant LEBLANC hereby agrees to pay the FEC a fine of $100,000 pursuant to 2 U.S.C. § 437g(a)(5). The fine will be paid within 30 days of the acceptance of this Addendum by the FEC.

5. This Addendum is a final resolution of FEC Matter Under Review 5398 as to Defendant LEBLANC. *See* 2 U.S.C. § 437g(a)(4)(A)(I). This constitutes the entire agreement between LEBLANC and the FEC on the matter raised herein, and no other statement, promise, or agreement, either written or oral, made by either party or by agents of either party, that is not contained in this written agreement shall be enforceable.

FOR THE DEFENDANT

DAVID B. LEBLANC

JAY B. STEWART
Counsel for Defendant

FOR THE FEDERAL ELECTION COMMISSION

LAWRENCE H. NORTON
General Counsel

By: RHONDA J. VOSDINGH
Associate General Counsel
Federal Election Commission