IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No.: 1:06-MJ00091-AK |
| | § | |
| vs. | § | VIOLATION |
| | § | |
| DAVID B. LEBLANC | § | 2 U.S.C. § 441(b) (misdemeanor) |
| | § | |
| Defendant. | § | |

**NOTICE OF TRANSMITTAL OF DEFENDANT'S
AGREED MOTION FOR PERMISSION TO TRAVEL**

The United States of America informs the Court that:

Attached is Defendant David B. LeBlanc's Agreed Motion for Permission to Travel to provide notice to the Court of Defendant's plan to travel outside of the United States, as requested by the Court during the defendant's March 24, 2006, plea.

The United States of America has consented to this and has no opposition to Defendant's travel.

> MATTHEW C. SOLOMON
> NICHOLAS A. MARSH
> Trial Attorneys
> Public Integrity Section
> Criminal Division
> U.S. Department of Justice
> 1400 New York Avenue, NW
> The Bond Building – 12th Floor
> Washington, DC 20005

By: _____