IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No.: 06-91-M-01 |
| | § | |
| vs. | § | VIOLATION |
| | § | |
| DAVID B. LEBLANC | § | 2 U.S.C. § 441(b) (misdemeanor) |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR PERMISSION TO TRAVEL

COMES NOW, Defendant David B. LeBlanc respectfully requests that the Court consider this Agreed Motion for Permission to Travel as follows:

The Defendant requests the Court to allow him to vacation with members of his family outside the United States as follows:

(1)    June 3, 2006 to June 21, 2006 - Mediterranean Cruise.

(2)    July 5, 2006 to July 19, 2006 - Disney Cruise with port in St. Maarten, NA.

(3)    September 12 to September 24, 2006 - European Cruise.

The Defendant's possible travel outside the United States was discussed with the Court at Defendant's plea hearing before the court on March 24, 2006. The United States did not object to the Defendant's travel outside of the United States.

This Motion has been discussed with Nicholas A. Marsh, Trial Attorney, Public Integrity Section, Criminal Division, U.S. Department of Justice, and they have no objection.

Defendant's next appearance before the Court is September 29, 2006 for a sentencing hearing. Defendant's request to travel will not interfere with this date.

WHEREFORE PREMISES CONSIDERED, the Defendant requests the Court grant this Agreed Motion.

Respectfully submitted,

HANCE SCARBOROUGH WRIGHT
WOODWARD & WEISBART LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891


By:_____
     Jay B. Stewart
     TX State Bar No. 19211125

ATTORNEYS FOR DAVID B. LEBLANC

diGenova & Toensing
901 15th Street NW Suite 430
Washington, DC 20005
Tel: 202-289-7701
Fax: 202-289-7706

By:_____
     Victoria Toensing
     D.C. Bar No. 304980

SPONSORING MEMBER OF THE
D.C. BAR

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served this _2 5_ day of May, 2006, via United States certified mail, return receipt requested, facsimile transmission or United States first class mail to the following counsel of record:

> MATTHEW C. SOLOMON
> NICHOLAS A. MARSH
> Trial Attorneys
> Public Integrity Section
> Criminal Division
> U.S. Department of Justice
> 1400 New York Avenue, NW
> The Bond Building – 12th Floor
> Washington, DC 20005

Jay B. Stewart

3

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No.: 06-91-M-01 |
| | § | |
| | § | VIOLATION |
| vs. | § | |
| | § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

The Court, having heard the Defendant's Agreed Motion for Permission to Travel, hereby

GRANTS the Motion.

_____

Signed on May _____, 2006.

Please send a copy to:

Jay B. Stewart
Hance Scarborough Wright
111 Congress Avenue, Suite 500
Austin, TX 78701