IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No.: 06-91-M-01 |
| | § | |
| | § | VIOLATION |
| vs. | § | |
| | § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § | |
| | § | |
| Defendant. | § | |

**FILED**

JUN 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL

The Court, having heard the Defendant's Agreed Motion for Permission to Travel, hereby GRANTS the Motion.

Signed on May ~~31~~, 2006.
June 1st, 2006

Alan Kay
U.S. Magistrate Judge

Please send a copy to:

Jay B. Stewart
Hance Scarborough Wright
111 Congress Avenue, Suite 500
Austin, TX 78701

4