IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal No.: 1:06-mj00091-AK |
| | § | VIOLATION |
| vs. | § § | |
| DAVID B. LEBLANC | § | 2 U.S.C. §441(b) (misdemeanor) |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF VICTORIA TOENSING

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Victoria Toensing, member in good standing of the Bar of the District of Columbia and admitted to practice before the United States District Courts for the District of Columbia, and files this notice of appearance as co-counsel for Defendant, David B. LeBlanc, in the above-styled matter, and in support thereof show the following:

I.

Defendant's lead attorney is Jay B. Stewart. Mr. Stewart has filed a Motion for Admission Pro Hac Vice with the Court stating that: Mr Stewart is a member in good standing of the Bar of the State of Texas and has been admitted to practice in Texas; there are no disciplinary or grievance proceedings pending against him; he has never been charged, arrested, or convicted of a felony; he has not applied to appear *pro hac vice* before this Court until now; and he agrees to abide by, and conduct himself in accordance with, the rules of this Court. Attached to Mr. Stewart's Motion for Admission Pro Hac Vice are the executed Application for Admission Pro Hac Vice of Jay B. Stewart and the receipt issued by the District of Columbia Court of Appeals Committee on the Unauthorized Practice of Law as proof of Mr. Stewart's prior payment of the pro hac vice fee of $100.00.

II.

Victoria Toensing's appearance as co-counsel in the above-styled matter is for the purpose of participating as sponsoring member of the D.C. Bar for lead attorney, Jay B.

Stewart, so that he may be admitted *pro hac vice* and appear before the Court in the above-styled matter on behalf of Defendant, David B. LeBlanc.

Respectfully submitted,

diGenova & Toensing
901 15th Street NW
Suite 430
Washington, DC 20005
Tel: (202) 289-7701
Fax: (202) 289-7706

By: _____
Victoria Toensing
D.C. Bar No. 304980

**Counsel for David B. LeBlanc**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served this 14 day of July, 2006, via United States certified mail, return receipt requested, facsimile transmission or United States first class mail to the following counsel of record:

MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
The Bond Building – 12th Floor
Washington, DC 20005

_____
Victoria Toensing

3