IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal No.: 1:06-mj00091-AK |
| | § | VIOLATION |
| vs. | § § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § § | |
| Defendant. | § | |

## MOTION FOR ADMISSION
## PRO HAC VICE OF JAY B. STEWART

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Victoria Toensing, member of the Bar of the United States District Court for the District of Columbia, and moves for the admission of JAY B. STEWART, for the limited purpose of allowing him to appear in the above-styled matter on behalf of Defendant, David B. LeBlanc, and in support thereof show the following:

I.

Victoria Toensing is a member in good standing of the Bar of the District of Columbia and has been admitted to practice before the United States District Courts for the District of Columbia.

II.

Jay B. Stewart is a member in good standing of the Bar of the State of Texas and has been admitted to practice in Texas. There are no disciplinary or grievance proceedings pending against Mr. Stewart. Mr. Stewart has never been charged, arrested, or convicted of a felony. Mr. Stewart has not applied to appear *pro hac vice* before this Court until now. Mr. Stewart agrees to abide by, and conduct himself in accordance with, the rules of this Court.

### III.

The executed Application for Admission Pro Hac Vice of Jay B. Stewart and receipt for payment of the application fee are attached hereto.

WHEREFORE, Movant prays that this Court grant this Motion and grant Jay B. Stewart *pro hac vice* admission in this matter.

Respectfully submitted,

diGenova & Toensing
901 15th Street NW Suite 430
Washington, DC 20005
Tel: 202-289-7701
Fax: 202-289-7706

Hance Scarborough Wright
Woodward & Weisbart, LLP
111 Congress Ave., Suite 500
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891

By: _____
Victoria Toensing
D.C. Bar No. 304980

**Sponsoring Member of the D.C. Bar**

By: _____
Jay B. Stewart
Texas Bar No. 19211125

**Attorney for David D. LeBlanc (Admission Pending)**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served this 11 day of July, 2006, via United States certified mail, return receipt requested, facsimile transmission or United States first class mail to the following counsel of record:

MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
The Bond Building – 12th Floor
Washington, DC 20005

_____
Jay B. Stewart

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | Criminal No.: 1:06-mj00091-AK |
| | § | **VIOLATION** |
| vs. | § § | 2 U.S.C. § 441(b) (misdemeanor) |
| **DAVID B. LEBLANC** | § § | |
| **Defendant.** | § | |

## APPLICATION FOR ADMISSION PRO HAC VICE OF JAY B. STEWART

TO THE HONORABLE JUDGE OF SAID COURT:

I declare under penalty of perjury:

(1) That I have not applied for admission pro hac vice in more than five cases in courts of the District of Columbia this calendar year;

(2) That I am a member in good standing of the highest court of the State of Texas and have been admitted to practice in Texas;

(3) That there are no disciplinary complaints pending against me for violation of the rules of the courts of the State of Texas;

(4) That I have not been suspended or disbarred for disciplinary reasons from practice in any court;

(5) That I am associated with Victoria Toensing, member of the Bar of the United States District Court for the District of Columbia (Bar License No. 304980);

(6) That I do not practice or hold out to practice law in the District of Columbia; and

(7) That I have read all of the rules of the relevant division of the Superior Court of the District of Columbia and the District of Columbia Court

of Appeals, and have complied fully with District of Columbia Court of Appeals Rule 49 and, as applicable, Super. Ct. Civ. R. 101. The reason I am applying for admission pro hac vice is as follows:

> For the limited purpose of allowing me to appear in the above-styled matter on behalf of Defendant, David B. LeBlanc.

I acknowledge the jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional conduct, in this matter, if I am admitted pro hac vice. I have applied for admission pro hac vice in the courts of the District of Columbia at no time previously in this calendar year.

I attach hereto the receipt issued by the District of Columbia Court of Appeals Committee on the Unauthorized Practice of Law as proof of my prior payment of the pro hac vice fee.

_____
Jay B. Stewart
Texas State Bar No. 19211125
HANCE SCARBOROUGH WRIGHT
WOODWARD & WEISBART LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891

Date: May 16, 2006



## District of Columbia Court of Appeals
### Committee on Unauthorized Practice of Law
500 Indiana Avenue, N.W.
Washington, D. C. 20001
202/879-2777

# R E C E I P T

MOTION TO APPEAR PRO HAC VICE

of   Jay B. Stewart
          Name of Attorney

Case No. 06-MJ 00091- AK
United States of America vs
David B. Leblanc

The District of Columbia Court of Appeals Committee on Unauthorized Practice of Law, in accordance with the provisions of D.C. App. Rule 49(c)(7), has received a copy of the motion to appear pro hac vice and the required filing fee. As of this date, the Committee's records indicate that the attorney has not applied for admission pro hac vice in more than five (5) cases in the courts of the District of Columbia this calendar year.

5/22/2006
Date

for the
Committee on Unauthorized Practice of Law
Room 4200 - 202/879-2777

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal No.: 1:06-mj00091-AK |
| | § | VIOLATION |
| vs. | § § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § § | |
| Defendant. | § | |

### ORDER

BEFORE THE COURT is a Motion for Admission *Pro Hac Vice* of Jay B. Stewart. The Court, having considered the Motion, is of the opinion that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE, ORDERED that the Motion for Admission *Pro Hac Vice* of Jay B. Stewart is hereby GRANTED, and that, Jay B. Stewart shall be admitted to the bar of this Court for the limited purpose of allowing them to appear in the above-styled matter on behalf of the Defendant.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE