IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal No.: 1:06-mj00091-AK |
| | § | |
| | § | VIOLATION |
| vs. | § | |
| | § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § | |
| | § | |
| Defendant. | § | |

### ORDER

BEFORE THE COURT is a Motion for Admission *Pro Hac Vice* of Jay B. Stewart. The Court, having considered the Motion, is of the opinion that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE, ORDERED that the Motion for Admission *Pro Hac Vice* of Jay B. Stewart is hereby GRANTED, and that, Jay B. Stewart shall be admitted to the bar of this Court for the limited purpose of allowing them to appear in the above-styled matter on behalf of the Defendant.

SIGNED this 17th day of July, 2006.

Deborah A. Robinson
U.S. Magistrate Judge