IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 1:06-mj00091-AK |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b |
| DAVID B. LEBLANC | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CONSENT MOTION TO CONTINUE SENTENCING**

1. On March 24, 2006, defendant David B. LeBlanc pleaded guilty before the Hon. John Facciola to a one-count information charging him with causing corporate contributions to be made to federal political campaigns, in violation of 2 U.S.C. § 441(b). The defendant's sentencing is currently set for September 29, 2006 at 9:30 a.m.

2. The defendant is cooperating in an on-going criminal investigation, and the government cannot make an informed recommendation as to the defendant's sentence until the defendant completes his cooperation.

3. Accordingly, the United States respectfully requests that the defendant's sentencing be continued to a date in December 2006 or January 2007, by which time the United States anticipates that the defendant's cooperation will be complete or substantially complete. The United States has discussed this motion with the defendant's attorney (Jay Stewart, Esq.), and Mr. Stewart joins in this request.

A proposed order is attached to this motion.

FOR THE UNITED STATES

EDWARD C. NUCCI
Acting Chief, Public Integrity Section


/s/_____
MATTHEW C. SOLOMON
NICHOLAS A. MARSH
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a copy of this joint status report was mailed via Federal Express on August 28, 2006, to the following counsel of record:

    Jay B. Stewart
    Hance Scarborough Wright Woodward &
     Weisbart, L.L.P.
    111 Congress Avenue
    Suite 500
    Austin, TX 78701


    /s/_____
    Matthew C. Solomon