IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.:1:06-mj00091-AK |
| : | |
| : | VIOLATION |
| vs. : | |
| : | 2 U.S.C. § 441b |
| DAVID B. LEBLANC : | |
| : | |
| Defendant. : | |

**FILED**

SEP 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

_____ The Court having reviewed the parties' joint motion to continue sentencing and finding good cause to continue the defendant's sentencing date, it is this __13__ day of ~~August~~ 2006 ORDERED that the defendant's sentencing be continued until __December 1__ at __9:30__ (a.m.)/p.m.

_____
~~Alan Kay~~ John H. Facciola
U.S. Magistrate Judge