IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.:1:06-mj00091-AK |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b |
| DAVID B. LEBLANC | : | |
| | : | |
| Defendant. | : | |

**FILED**

SEP 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

_____The Court having reviewed the parties' joint motion to continue sentencing and finding good cause to continue the defendant's sentencing date, it is this ___20___ day of ~~August~~ September 2006 ORDERED that the defendant's sentencing be continued until _December 15_ at _9:30_ a.m./p.m.

                                                                                                    _John Facciola_
                                                                                             ~~Alan Kay~~  John Facciola
                                                                                                    U.S. Magistrate Judge