IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.:1:06-mj-00091-AK |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b |
| DAVID B. LEBLANC | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

_____The Court having reviewed the parties' joint motion to continue sentencing and finding

good cause to continue the defendant's sentencing date, it is this _____ day of December

2006 ORDERED that the defendant's sentencing be continued until _____ at

_____a.m./p.m.


_____
John M. Facciola
U.S. Magistrate Judge