IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.:1:06-mj-00091-AK |
| | VIOLATION |
| vs. | |
| | 2 U.S.C. § 441b |
| DAVID B. LEBLANC | |
| Defendant. | |

**FILED**

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

\_\_\_\_\_The Court having reviewed the parties' joint motion to continue sentencing and finding good cause to continue the defendant's sentencing date, it is this _18th_ day of December 2006 ORDERED that the defendant's sentencing be continued until _March 9_ at _2007_ _9:30_ a.m./p.m.

John M. Facciola
U.S. Magistrate Judge