IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | Criminal No.: 1:06-mj-00091-AK-ALL |
| vs. | | VIOLATION |
| DAVID B. LEBLANC | | 2 U.S.C. § 441(b) (misdemeanor) |
| Defendant. | | |

### CONSENT MOTION TO CONTINUE SENTENCING

1. On March 24, 2006, defendant David B. LeBlanc pleaded guilty before the Honorable John Facciola to a one-count information charging him with causing corporate contributions to be made to federal political campaigns, in violation of 2 U.S.C. § 441(b). The defendant's sentencing is currently set for March 9, 2007 at 9:30 a.m.

2. The defendant requests the sentencing date be moved to March 23, 2007.

3. This Motion has been discussed with Nicholas A. Marsh, Trial Attorney, Public Integrity Section, Criminal Division, U.S. Department of Justice, and he has no objection.

WHEREFORE PREMISES CONSIDERED, the defendant requests the Court grant this agreed motion.

Respectfully submitted,

HANCE SCARBOROUGH WRIGHT
WOODWARD & WEISBART LLP
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel: (512) 479-8888
Fax: (512) 482-6891

By:_____
Jay B. Stewart
TX State Bar No. 19211125

1

ATTORNEYS FOR DAVID B. LEBLANC

diGenova & Toensing
901 15th Street NW Suite 430
Washington, DC 20005
Tel: 202-289-7701
Fax: 202-289-7706

By: _____
Victoria Toensing
D.C. Bar No. 304980

SPONSORING MEMBER OF THE
D.C. BAR

### CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served this 21 day of February, 2007, via United States certified mail, return receipt requested, facsimile transmission or United States first class mail to the following counsel of record:

NICHOLAS A. MARSH
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
The Bond Building – 12th Floor
Washington, DC 20005

_____
Jay B. Stewart

2