IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | § | Criminal No.: 1:06-mj-00091-AK-ALL |
|---|---|---|
| | § | |
| | § | VIOLATION |
| vs. | § | |
| | § | 2 U.S.C. § 441(b) (misdemeanor) |
| DAVID B. LEBLANC | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING CONSENT MOTION TO CONTINUE SENTENCING**

The Court, having reviewed the parties Consent Motion to Continue Sentencing and finding good cause to continue the defendant's sentencing date, it is this _____ day of _____, 2007 ORDERED that the defendant's sentencing be continued until March 23, 2007 at _____ a.m./p.m.

_____
Joe M. Facciola
U.S. Magistrate Judge

Please send a copy to:

Jay B. Stewart
Hance Scarborough Wright
111 Congress Avenue, Suite 500
Austin, TX 78701

3