IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     §     Criminal No.: 1:06-mj-00091-AK-ALL

                   vs.                   §     VIOLATION

DAVID B. LEBLANC              §     2 U.S.C. § 441(b) (misdemeanor)    **FILED**

         Defendant.             §                         MAR 0 1 2007

                                                         NANCY MAYER WHITTINGTON, CLERK
                                                               U.S. DISTRICT COURT

## <u>ORDER GRANTING CONSENT MOTION TO CONTINUE SENTENCING</u>

The Court, having reviewed the parties Consent Motion to Continue Sentencing and finding good cause to continue the defendant's sentencing date, it is this _1st_ day of _March_ , 2007 ORDERED that the defendant's sentencing be continued until March 23, 2007 at _9:30_ a.m./p.m.

*Joh M Facciola*
Joe M. Facciola
U.S. Magistrate Judge

Please send a copy to:

Jay B. Stewart

3