IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-mj-00091 |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b (Misdemeanor) |
| DAVID B. LEBLANC, | : | |
| | : | |
| Defendant. | : | |

_____:

### SENTENCING MEMORANDUM

The United States, by its undersigned attorneys, hereby submits the following memorandum concerning the March 23, 2007, sentencing for the defendant:

1.      On March 7, 2006, the parties filed with the Court a Plea Agreement between the United States and the defendant, as well as an attached Factual Basis for Plea.  Paragraph 14 of the Plea Agreement states that "[s]hould the defendant fully cooperate in the ongoing investigation of conduct described in the attached Factual Basis for Plea, at sentencing the government will not oppose any request by the defendant that a probationary sentence is appropriate."

2.      It is the position of the United States that the defendant has fully cooperated in the ongoing conduct described in the Factual Basis for Plea, and that, consistent with the United States' prior agreement with the defendant as set forth in the Plea Agreement, the United States will not oppose a request by defendant for a probationary sentence.

3.      Notwithstanding the foregoing, the United States has filed the Declaration of Nicholas A. Marsh, which attaches, for the Court's consideration, a December 14, 2006, newspaper article published in the *Shreveport Times*.  The attached article purports to include quotations from the

defendant concerning his Plea Agreement and his conduct as set forth in the Factual Basis for Plea.

An excerpt from the December 14, 2006, article is set forth below:

> LeBlanc, who will be sentenced this week, said the situation will not affect the management of Doctors' Hospital. "There is an entire team running this thing," [LeBlanc] said. "I didn't understand the law at the time and it was just a silly mistake.  The reality is it's a misdemeanor.  It's like an expensive traffic ticket at the end of the day."
>
> LeBlanc said he has been able to pursue other projects since pleading guilty. "Nobody seems to have an issue with that," he said. "I don't know why anybody would have an issue with that.  It wasn't very much, first off.  It wasn't like I was wielding enormous political clout.  We're talking about $50,000 over a six-year period.  You do the math.  That's about $8,000 a year."

Dated:  Washington, D.C.
       March 21, 2007

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

NICHOLAS A. MARSH
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section