IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-mj-00091 |
| | : | |
| | : | VIOLATION |
| vs. | : | |
| | : | 2 U.S.C. § 441b (Misdemeanor) |
| DAVID B. LEBLANC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DECLARATION OF NICHOLAS A. MARSH

Pursuant to 28 U.S.C. § 1746, I hereby state the following:

1.  I am currently employed as a Trial Attorney with the United States Department of Justice, Criminal Division, Public Integrity Section, in Washington, D.C. I submit this Declaration and attachment in support of the Sentencing Memorandum in the above-captioned case.

2.  Included as Attachment A is a copy of a December 14, 2006, newspaper article from the *Shreveport Times*, which I obtained from the *Shreveport Times*' internet-based newspaper database on March 20, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       March 21, 2007

/s/ Nicholas A. Marsh
NICHOLAS A. MARSH
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section

**Archive Search > Buy > Print**

» New Search    » Pricing    » Help    » FAQ

Return to results    Printer Friendly

**Account Information**
You have purchased articles, and you have remaining before the subscription expires on .

December 14, 2006
**Section:** Front
**Page:** 01A

## Doctors in distress?
*Michelle Mahfoufi*

Facility owner denies bankruptcy rumors

By Michelle Mahfoufi

mmahfoufi@gannett.com

When Lea Desmarteau's company conducted sleep studies on Doctors' Hospital patients last month, it may have been the last time.

The hospital is changing direction, and Desmarteau's company "" Vital Sleep of Louisiana "" may not fit with the new mission.

But the two will likely see each other one more time: in court.

Vital Sleep stopped business with Doctors' and filed suit last month for more than $100,000 in unpaid services. The company is one of five local firms seeking a combined half-million dollars in delinquent accounts, some dating back a year.

"We have called and called and called, and they would not even return my calls," Desmarteau said. "We've had problems before getting paid but they've always made payment arrangements."

Santa Maria Wholesale Produce, which has supplied the hospital with fresh fruits and vegetable for decades, saw their orders stop six weeks ago. The company hasn't been paid since June and is considering legal action.

"We asked them if there would be any way they could go on a cash account," treasurer Jodie Glorioso said. "They couldn't work with that, and we never heard back from them. We never received any more orders or response to our inquiries written by attorneys."

The lawsuits come as behind-the-scenes changes are taking place at the century-old hospital.

Last month, Doctors' cut eight department head and secretarial positions in a realignment of resources.

"Let's face it, Doctors' Hospital can't compete with Willis-Knighton or Schumpert ... but I do believe the people of Shreveport deserve another option," said David LeBlanc, the hospital's majority owner and chairman of the management firm recently hired to oversee operations.

Doctors' Hospital is a 108-bed, short-stay medical/surgical facility with a 24-hour staffed emergency room. Long-term acute care is provided onsite through an agreement with Lifecare Hospitals Inc., which leases beds within the facility.

LeBlanc co-founded LifeCare in 1992 but left the company three years ago after an investigation found he had given illegal contributions to Louisiana and Texas lawmakers.

This year LeBlanc bought a majority interest in Doctors' and formed a hospital management firm that is building a $25 million inpatient rehabilitation hospital in Plano and that will manage local operations under the Integra name.

Integra's CEO Rick Richards was in Shreveport last week to evaluate Doctors' operations and strategize a future plan for the hospital that will likely include expanded rehabilitation and addictive disorder treatment. LeBlanc says November's layoffs will be more than offset by hiring as Doctors' looks to expand its services.

In the coming months, Doctors' plans to spend $4 million on renovations, including the construction of a two-story lobby and new air conditioning in patient rooms.

LeBlanc dismisses speculation that the financial turmoil might force the company into bankruptcy and says that a solution to the unpaid bills is under way.

"Bankruptcy is just a waste of time and a waste of money. Vendors don't benefit from that, the hospital doesn't benefit from that," LeBlanc said. "Our goal is to work through that. Our intent is to make this thing work and make this very successful. "¦ I wouldn't have bought it if I didn't believe Doctors' Hospital was a viable health care provider."

A troubled history

1992: David LeBlanc co-founds LifeCare with Ann George.

1993: First LifeCare hospital opens within Doctors' Hospital in Shreveport with 22 beds for rehabilitation.

1997-2002: LeBlanc and Donald Boucher, former LifeCare vice president of government affairs, steer $50,000 in contributions to Louisiana and Texas lawmakers, violating ban against corporate donations in federal races.

2003: LifeCare alerts Federal Election Commission of donations after internal investigation shows "unusually close" correlation between political contributions, bonus and expense payments to employees. LeBlanc and Boucher leave LifeCare.

2004: LeBlanc joins group of investors, Shreveport Doctors' Hospital 2003, to buy Doctors' Hospital. Real estate firm Dahm retains ownership of physical property and 40 percent interest in operations.

2005: LifeCare sues Doctors' Hospital alleging affiliate is seeking to lease space and provide same services as LifeCare. Judge rules against Doctors Hospital.

Feb. 2006: KPXJ and KTBS begin sending letters of demand for unpaid advertising balances.

March 2006: LeBlanc and Boucher plead guilty to illegal campaign contributions. Willis-Knighton begins sending letters of demand for unpaid x-ray and laboratory services.

June 2006: Delta Pathology begins sending letters of demand for unpaid pathology and laboratory management services. Willis-Knighton files suit.

July 2006: Delta Pathology Group files suit for unpaid pathology services and laboratory management. IRS files tax lien for $107,638.70 in unpaid 2005 payroll taxes.

September 2006: Integra Hospital Shreveport and Simba Ventures Shreveport, both of which LeBlanc is a member, are created. Vital Sleep of Louisiana claims Doctors' Hospital has stopped paying invoices for sleep studies.

October 2006: LeBlanc buys majority interest in Doctors' Hospital operations. Simba buys Dahm's interests in Doctors' Hospital. Doctors' Hospital signs management agreement with Integra. IRS cancels lien.

November 2006: Doctors' Hospital cuts eight secretarial and department head positions and says it will begin $3 million to $5 million renovation in coming weeks. Vital Sleep of Louisiana files suit for unpaid sleep studies.

December 2006: KPXJ and KTBS file suit.

Coming up: David LeBlanc to be sentenced Dec. 15 in U.S. District Court for the District of Columbia for illegal campaign contributions. Renovations on Doctors' Hospital slated to begin before the end of the year. Boucher to be sentenced in January.

Times research

Politics at play

David LeBlanc, who co-founded

LifeCare 14 years ago with 22

leased beds within Doctors'

Hospital, is now majority owner

of Doctors' and chairman of the

company that will manage the

hospital's operations.

His affiliation with LifeCare ended three years ago after an internal investigation found that LeBlanc and vice president of government affairs Donald Boucher paid themselves bonuses, raises and expenses to offset $50,000 in campaign contributions from 1997 to 2002.

The two men pleaded guilty in U.S. District Court in Washington, D.C., in March and received a combined $200,000 civil penalty by the Federal Election Commission. LifeCare was slapped with a $50,000 fine.

Federal campaign finance laws prohibit corporations from making political contributions.

The Federal Election Commission said there was no indication that the candidates — Sens. Mary Landrieu, D-La., and Kay Bailey Hutchison, R-Texas; Reps. Jim

McCrery, R-Shreveport, William Jefferson, D-New Orleans; and former Sens. John Breaux, D.-La. And Phil Gramm, R-Texas — knew the contributions were illegal.

LeBlanc, who will be sentenced this week, said the situation will not affect the management of Doctors' Hospital.

"There is an entire team running this thing," he said. "I didn't understand the law at the time and it was just a silly mistake. The reality is it's a misdemeanor. It's like an **expensive traffic ticket** at the end of the day."

LeBlanc said he has been able to pursue other projects since pleading guilty.

"Nobody seems to have an issue with that," he said. "I don't know why anybody would have an issue with that. It wasn't very much, first off. It wasn't like I was wielding

enormous political clout. We're

talking about $50,000 over a

six-year period. You do the math.

That's about $8,000 a year."

For more information on the case,

visit the Federal Election Commission

inquiry system at http://eqs.nictusa.

com/eqs/searcheqs and enter case

number 5398.

Unpaid debts

While some vendors are considering legal action against Doctors' Hospital, the number of lawsuits filed in Caddo district court continues to grow:

WILLIS-KNIGHTON: Owed $285,997.86 for X-ray and laboratory services.

DELTA PATHOLOGY GROUP: Owed $113,420.4 for pathology services and laboratory management.

VITAL SLEEP OF LOUISIANA: Owed $107,825 for sleep studies.

KTBS: Owed $4,675 for advertising.

MINDEN TELEVISION COMPANY (KPXJ): Owed $425 for advertising.

Times research

Mug:

LeBlanc

Copyright (c) The Times. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.